82,742-01,02

I A writting to See when and How long It will Be Before I Receive an Answer in the Matter of myself (Michael Quinn Gentry; Tr. Ct. No. 7534-1 WR-82,742-01 An Also Tr. Ct. No. 75561-1 WR-82,742-02.

Thank you For your Time

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 12 2015

Abel Acosta, Clerk